IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00334-WYD-CBS

CAPITAL INVESTMENTS-USA, INC.,

    Plaintiff,

v.

KEYBANK NATIONAL ASSOCIATION,

    Defendant.

**ORDER**

    THIS MATTER is before the Court on a review of the pending Motion to Dismiss filed by Defendant on March 19, 2007 (docket #7) and Plaintiff's Response in Opposition to Defendant's Motion to Dismiss, filed April 16, 2007 (docket #17) . Plaintiff's Response attaches matters outside the pleadings including an Affidavit of Daniel H. Overmyer, a Sales and Purchase Agreement, various letters, e-mails and other documents.

    Pursuant to the Federal Rules, if a court does not exclude the matters presented that are outside the pleadings, a motion to dismiss pursuant to Rule 12(b)(6) shall be treated as a motion for summary judgment.  FED. R. CIV. P. 12(b); *Lucero v. Gunter*, 52 F.3d 874, 877 (10th Cir. 1995).

    Accordingly, it is hereby

    ORDERED that Defendant's Motion to Dismiss is converted to a motion for

summary judgment.  It is

      FURTHER ORDERED that Defendant may submit materials outside the pleadings in connection with its Reply in support of the motion.

      Dated:  April 18, 2007

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        U. S. District Judge