IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00334-WYD-CBS

CAPITAL INVESTMENTS-USA, INC.,

    Plaintiff,

v.

KEYBANK NATIONAL ASSOCIATION,

    Defendant.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that parties' Joint Motion to Modify the Scheduling Order (*doc. no. 46*) is **GRANTED**. The scheduling order is modified as follows:

1. Deadline to designate Rule 26(a)(2) AFFIRMATIVE expert disclosures is extended to **April 15, 2008**;
2. Deadline to designate Rule 26(a)(2) REBUTTAL expert disclosures is extended to **May 13, 2008**;
3. Discovery deadline is extended to **June 13, 2008**;
4. Dispositive motions deadline is extended to **July 15, 2008**;
5. Final Pretrial Conference set for August 5, 2008 is **VACATED** and **RESET** to **November 17, 2008 at 9:15 a.m. (Mountain Time)**. Parties are directed to submit a proposed final pretrial order no later than 5 days prior to the scheduled conference.

    Parties are reminded that pursuant to FED.R.CIV.P. 16(d) trial counsel MUST be physically present for the pretrial conference. *No telephonic appearances will be permitted.*

**DATED:**    December 27, 2007