**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

---

**Civil Action No.: 07-cv-00334-WYD-CBS**      **FTR** - Reporter Deck - Courtroom A402
**Date:  February 4, 2008**                    **Courtroom Deputy:**  Ben Van Dyke
_____

CAPITAL INVESTMENTS-USA, INC.,                 Matthew M. Wolf, via telephone
                                               Patrick D. Vellone, via telephone

      **Plaintiff,**

      v.

KEYBANK NATIONAL ASSOCIATION,                  Gary L. Walters, via telephone
                                               Stephen D. Williger, via telephone

      **Defendant.**

_____

**COURTROOM MINUTES/MINUTE ORDER**

_____

**HEARING:   MOTIONS HEARING**
**Court in Session:     10:45 a.m.**
Court calls case.  Appearances of counsel.

Counsel discuss Plaintiff's Motion to Quash and for Protective Order [filed January 29, 2008; doc. 54] with the court.

**ORDERED:   Plaintiff's Motion to Quash and for Protective Order [filed January 29, 2008; doc. 54] is granted without prejudice for the reasons stated on the record. The subpoenas are hereby deemed quashed.  Defendant may refile the subpoenas consistent with the discussion on the record.**

Counsel discuss further discovery disputes with the court.

HEARING CONCLUDED.

**Court in recess:       11:43 a.m.**
Total time in court:     00:58